## PROOF OF SERVICE

| Case: 15-6058 | Court: United States District Court | County: Eastern District of Pennsylvania | Job: 705052 (29676) |
|---|---|---|---|
| **Plaintiff / Petitioner:** Trustees of the National Industry Pension and Health Benefit Plans, et al. | | **Defendant / Respondent:** MEI Elevator, Inc. | |
| **Received by:** Legal Errands, Inc. | | **For:** O'Donoghue & O'Donoghue LLP | |
| **To be served upon:** MEI Elevator, Inc. | | | |

I, Manny Bayo, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** MEI Elevator, Inc., 17 Schumacher Avenue, Hillsdale, NJ 07642
**Manner of Service:** Authorized, Dec 8, 2015, 7:23 pm EST
**Documents:** Summons and Complaint (Received Nov 13, 2015 at 12:00pm EST)

**Additional Comments:**
Successful Attempt: Dec 8, 2015, 7:23 pm EST at 17 Schumacher Avenue, Hillsdale, NJ 07642 received by MEI Elevator, Inc.. Age: 50-55; Ethnicity: Caucasian; Gender: Male; Weight: 200; Height: 5'8"; Hair: Black;
By handing documents to an Officer/person in charge: Paul Capotorto, Owner

_____   12/9/15
Manny Bayo                Date

Legal Errands, Inc.
P.O. Box 24866
Philadelphia, PA 19130
215-751-1124

*Subscribed and sworn to before me by the affiant who is personally known to me.*

_____
Notary Public

12-9-15                    5-15-19
Date                       Commission Expires

```
NOTARIAL SEAL
Joseph C O'Donovan Jr
NOTARY PUBLIC
Philadelphia City, Philadelphia County
My Commission Expires 05/15/2019
```